# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KENT F. PEED,

        Plaintiff,

v.                                                                                                                                                      No. 1:21-cv-00385-RB-JFR

UNITED STATES OF AMERICA, et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on *pro se* Plaintiff Kent Peed's failure to comply with the Court's Order to Cure Deficiency, filed April 27, 2021. (Doc. 3.)

Mr. Peed, who does not reside in the District of New Mexico, seeks to have his Petition presented to the Grand Jury, makes vague allegations of civil rights violations regarding the presidential election, does not allege that any criminal violations occurred in the District of New Mexico, and seeks a declaration, subject to sufficient findings by the Grand Jury, that the presidential election is void. (*See* Doc. 1.)

Mr. Peed did not pay the $402.00 fee for instituting a civil action or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." United States Magistrate Judge John F. Robbenhaar ordered Mr. Peed to either pay the fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs and notified Mr. Peed that failure to timely comply may result in dismissal of this case. (*See* Doc. 3 at 1.) Mr. Peed did not pay the fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs by the May 18, 2021, deadline.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED without prejudice.**

```
_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE
```